M56

FILED
2008 JUL 30 AM 11:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2337

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Javier DURAN-Silva<br><br>　　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 29, 2008, within the Southern District of California, defendant Javier DURAN-Silva did knowingly and intentionally import approximately 24.40 kilograms (53.68 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH, DAY OF JULY 2008.

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

MJS

UNITED STATES OF AMERICA

v.

Javier DURAN-Silva

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Reed.

On July 29, 2008 at approximately 1130 hours, Javier DURAN-Silva entered the United States at the Calexico, California, West Port of Entry. DURAN-Silva was the driver of a 1997 Chevrolet C-1500. Canine Enforcement Officer (CEO) J. Jones was conducting a pre-primary operation with his Human Narcotics Detector Dog (HNDD). The HNDD alerted to the gas tank of the 1997 Chevrolet C-1500 DURAN-Silva was driving. CEO Jones received a negative Customs declaration from DURAN-Silva and he was referred to vehicle secondary for further inspection. CEO Jones noticed DURAN-Silva's hands were shaking and his carotid artery was beating very fast.

Customs and Border Protection Officer (CBPO) A. Lopez conducted the secondary inspection of DURAN-Silva and the vehicle he was driving. CBPO Lopez received a negative Customs declaration from DURAN-Silva. DURAN-Silva told CBPO Lopez the vehicle he was driving belonged to the office he worked at, "servicio mantenimiento" and that he was going to Wal-Mart, the Union Bank, and the postal office.

A subsequent inspection of the vehicle revealed twenty-six packages concealed in the vehicle gas tank. CBPO Lopez probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The twenty-six packages had a combined net weight of approximately 24.40 kilograms (53.68 pounds).

DURAN-Silva was placed under arrest and advised of his Constitutional Rights, by SA J. Reed which he acknowledged and waived, agreeing to answer questions.

1. DURAN-Silva admitted that he thought marijuana was in the vehicle he was driving and
2. stated that he was going to get paid $1500.00 to smuggle the marijuana into the US.