1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Duran-Silva

7

8                              UNITED STATES DISTRICT COURT

9                      FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,             )    Case No. 08MJ2337
                                         )
12              Plaintiff,                )
                                         )
13 v.                                     )
                                         )    **NOTICE OF APPEARANCE**
14 **JAVIER JUVENAL DURAN-SILVA,**        )
                                         )
15              Defendant.                )
                                         )
16 ────────────────────────────────────

17            Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

   Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
18
   in the above-captioned case.
19
                                              Respectfully submitted,
20
   Dated: August 5, 2008                       s/ *Michelle Betancourt*
21                                            **MICHELLE BETANCOURT**
                                              Federal Defenders of San Diego, Inc.
22                                            Attorneys for Defendant
                                              michelle_betancourt@fd.org
23

24

25

26

27

28

1 | **MICHELLE BETANCOURT**
California State Bar No.  215035
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4 | Facsimile:    (619) 687-2666
michelle_betancourt@fd.org
5 |

6 | Attorneys for Mr. Duran-Silva

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )    Case No. 08mj2337
                                       )
12 |              Plaintiff,            )
                                       )
13 | v.                                )    PROOF OF SERVICE
                                       )
14 | **JAVIER JUVENAL DURAN-SILVA,**    )
                                       )
15 |              Defendant.           )
                                       )
16 |

17 |          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 | best of her information and belief, and that a copy of the foregoing document has been served via

19 | CM/ECF this day upon:

20 |          Assistant United States Attorney
           Efile.dkt.gc2@usdoj.gov
21 |

22 | Dated: August 5, 2008                           ___s/ Michelle Betancourt_____
                                       MICHELLE BETANCOURT
23 |                                    Federal Defenders
                                       225 Broadway, Suite 900
24 |                                    San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
25 |                                    (619) 687-2666  (fax)
                                       e-mail: michelle_betancourt@fd.org
26 |

27 |

28 |