FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2865-LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JAVIER DURAN-SILVA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 29, 2008, within the Southern District of California, defendant JAVIER DURAN-SILVA, did knowingly and intentionally import approximately 24.40 kilograms (53.68 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/28/08  .

KAREN P. HEWITT
United States Attorney

*signature*

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
8/7/08